FILE COPY

SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES



# Court of Appeals
# First District
**301 Fannin Street**
**Houston, Texas 77002-2066**

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us

May 5, 2015

Elena Aviles
Document Project
Innocent Project
40 Worth Street, Suite 701
New York, NY 10013

**RE:** **Court of Appeals Number:** 01-96-01502-CR   **Trial Court Case Number:** 731520
**RE:** **Court of Appeals Number:** 01-96-01503-CR   **Trial Court Case Number:** 731519

**Style:** Kenneth Sherman v. The State of Texas

We are forwarding the following via Certified Mail (tracking # 7011 0110 0001 3415 2386):

Enclosed is a CD copy of the court's records in the above referenced cause.

Please sign the attached copy and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV



SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES

# Court of Appeals
# First District
**301 Fannin Street**
**Houston, Texas 77002-2066**

CHRISTOPHER A. PRINE
 CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us

May 5, 2015

Elena Aviles
Document Project
Innocent Project
40 Worth Street, Suite 701
New York, NY 10013

**RE:**  **Court of Appeals Number:** 01-96-01502-CR    **Trial Court Case Number:** 731520
**RE:**  **Court of Appeals Number:** 01-96-01503-CR    **Trial Court Case Number:** 731519

**Style:** Kenneth Sherman v. The State of Texas

We are forwarding the following via Certified Mail (tracking # 7011 0110 0001 3415 2386):

Enclosed is a CD copy of the court's records in the above referenced cause.

Please sign below and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV


RETURN RECEIPT


Received by_____ Date Received_____